ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
MARK A. KAHN (State Bar No. 214339)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
CANANDAIGUA WINE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>EDWIN MOLDAUER,,<br><br>            Defendant. | Case No. CIV-F-02-6599 OWW DLB<br><br>**STIPULATION AND ORDER RE SHOW CAUSE HEARING AND SCHEDULING CONFERENCE**<br><br>Date:          July 19, 2005<br>Time:         8:30 a.m.<br>Courtroom:  Two<br>Judge:        Hon. Oliver W. Wanger |

The parties hereby stipulate and agree as follows:

1.     Edwin Moldauer ("Moldauer") and Canandaigua Wine Company, Inc. ("Canandaigua") have agreed to continue the Show Cause hearing on Canandaigua's motion for a preliminary injunction and further, have agreed that the terms, conditions and directives of the Court's December 19, 2002 and January 6, 2003 Orders (the "Orders") are to remain in effect until the Show Cause Hearing is held.

2.     On or about April 24, 2003, Moldauer filed a whistleblower complaint under the Sarbanes-Oxley Act with the United States Department of Labor. (Section 806 of the Corporate and Criminal Fraud Accountability Act of 2002, 18 U.S.C. Section 1514A). In the Sarbanes-Oxley whistleblower action, Moldauer asserts that his employment at Canandaigua's Mission Bell Winery was terminated in retaliation for his identification

Page 1

of alleged accounting irregularities. On November 14, 2003, an Administrative Law Judge dismissed Moldauer's whistle-blower complaint as untimely pursuant to Canandaigua's Motion For Summary Decision. Moldauer is currently prosecuting an appeal from the ALJ's decision. The appeal has been fully briefed and the parties are now awaiting a decision from the Administrative Review Board of the Department of Labor. Moldauer's attorney in this action – Jacob Weisberg – does not represent Moldauer in any of the other pending proceedings.

3.  The parties hereto desire to hold matters in this proceeding in abeyance until the Department of Labor, Administrative Review Board, rules on Moldauer's pending appeal of the dismissal of his Sarbanes-Oxley Act whistleblower claim.

4.  A Mandatory Scheduling Conference is currently set in this matter for July 19, 2005, at 8:30 a.m.. The parties propose and agree to reschedule the Mandatory Scheduling Conference to February 2, 2006 at 8:30 a.m. with the hope that by that time the Administrative Review Board will have ruled on Moldauer's appeal of the dismissal of his Sarbanes-Oxley Act whistleblower claim. The parties propose and agree that if circumstances change or warrant, they may request that the Court advance the date of the Mandatory Scheduling Conference either by stipulation or motion. The parties propose and agree to advise the Court in their Joint Scheduling Report as to whether they believe it will be necessary to proceed with the Show Cause Hearing; and in the event that it will be necessary to do so, to propose a date and briefing schedule for the Show Cause Hearing.

5.  By agreeing to have the terms, conditions and directives of the Orders remain in effect until the rescheduled Show Cause Hearing, Moldauer does not waive, and hereby expressly reserves, whatever rights he may have, if any, to assert the 5th Amendment privilege against self incrimination in connection with, or in response to, any of such terms, conditions and directives.

///

///

///

6. By entering into this stipulation, Canandaigua does not concede that Moldauer does have a valid 5th Amendment privilege claim with respect to the terms, conditions and directives of the Orders.

Dated: July __, 2005          ROGERS JOSEPH O'DONNELL & PHILLIPS

/s/

By: _____
PAUL M. ZIEFF, Attorneys for Plaintiff,
CANANDAIGUA WINE COMPANY, INC.

Dated: July __, 2005          LAW OFFICE OF JACOB M. WEISBERG

/s/

By: _____
JACOB M. WEISBERG, Attorneys for Defendant, EDWIN MOLDAUER

IT IS SO ORDERED.

Dated: __July 11, 2005         /s/ OLIVER W. WANGER_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE