ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
MARK A. KAHN (State Bar No. 214339)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

**E-FILED 1/26/06**

Attorneys for Plaintiff
CANANDAIGUA WINE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EDWIN MOLDAUER,,<br><br>                    Defendant. | Case No. CIV-F-02-6599 OWW DLB<br><br>**STIPULATION AND ORDER RE STAY OF ACTION, AND INJUNCTIVE RELIEF DURING PENDENCY OF STAY**<br><br>**COUNSEL – NOTE – ORDER CHANGED AT SIGNATURE LINE**<br><br>Date:         February 2, 2006<br>Time:         8:30 a.m.<br>Courtroom:  Two<br>Judge:         Hon. Oliver W. Wanger |

The parties hereby stipulate and agree as follows:

1.  Edwin Moldauer ("Moldauer") and Canandaigua Wine Company, Inc. ("Canandaigua") have agreed to stay this matter, and further, have agreed that the terms, conditions and directives of the Court's December 19, 2002 and January 6, 2003 Orders (the "Orders") are to remain in effect during the period of said stay.

2.  The matter will be returned to the Court's active calendar, and a scheduling conference will be held, at the request of either party on sixty (60) days written notice. The parties propose and agree to advise the Court in their Joint Scheduling Report as

Page 1

STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION, AND INJUNCTIVE RELIEF DURING PENDENCY OF STAY  --  CASE NO: CIV-F-02-6599 OWW

PDF created with pdfFactory trial version www.pdffactory.com

243335.1

1  to whether they believe it will be necessary to proceed with the Show Cause Hearing; and in
2  the event that it will be necessary to do so, to propose a date and briefing schedule for the
3  Show Cause Hearing.  However, until such time as the Court orders otherwise, the terms,
4  conditions and directives of the Orders will remain in effect and binding upon Moldauer.  The
5  parties agree that no Order modifying or terminating said terms, conditions and directives
6  should, or will, be entered unless and until the parties have a full and fair opportunity to
7  address the propriety of any such Order as set forth herein.

8      3.    The stay entered pursuant hereto will commence and take effect upon
9  entry of the Order approving this stipulation.

10      4.    By agreeing to have the terms, conditions and directives of the Orders
11  remain in effect, Moldauer does not waive, and hereby expressly reserves, whatever rights he
12  may have, if any, to assert the 5th Amendment privilege against self-incrimination in
13  connection with, or in response to, any of such terms conditions and directives.

14      5.    By entering into this stipulation, Canandaigua does not concede that
15  Moldauer does have a valid 5th Amendment privilege claim with respect to the terms,
16  conditions and directives of the Orders.

18  Dated: January 26, 2006      ROGERS JOSEPH O'DONNELL & PHILLIPS

20                                By:    ___/s/  Paul M. Zieff_____
                                         PAUL M. ZIEFF, Attorneys for Plaintiff,
21                                       CANANDAIGUA WINE COMPANY, INC.

22
23  Dated: January 26, 2006      LAW OFFICE OF JACOB M. WEISBERG

25                                By:    __/s/ Jacob M. Weisberg_____
                                         JACOB M. WEISBERG, Attorneys for
                                         Defendant, EDWIN MOLDAUER

27      IT IS SO ORDERED.

28      JOINT STATUS REPORT TO BE FILED WITHIN 60 DAYS - OWW

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: __Jan. 27, 2006          /s/ OLIVER W. WANGER_____
2                                  HONORABLE OLIVER W. WANGER
                                   UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION, AND INJUNCTIVE RELIEF DURING PENDENCY OF STAY  --  CASE NO: CIV-F-02-6599 OWW

243335.1

PDF created with pdfFactory trial version www.pdffactory.com