| | |
|---|---|
| 1 | ROGERS JOSEPH O'DONNELL |
| 2 | PAUL M. ZIEFF (State Bar No. 100520)<br>311 California Street<br>San Francisco, California 94104 |
| 3 | Telephone:  415.956.2828<br>Facsimile:  415.956.6457 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>CANANDAIGUA WINE COMPANY,<br>INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>EDWIN MOLDAUER,,<br><br>       Defendant. | Case No. CIV-F-02-6599 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 29, 2008 TO APRIL 2, 2008 AT 8:15 A.M.**<br><br>New Date:   April 2, 2008<br>Time:          8:15 a.m.<br>Courtroom: Three<br>Judge:        Hon. Oliver W. Wanger |

By and through their attorneys of record, plaintiff, Canandaigua Wine Company, Inc. and defendant Edwin Moldauer, hereby stipulate to continue the date of the Status Conference currently scheduled for February 29, 2008, at 8:15 a.m. to April 2, 2008 at 8:15 a.m., or such other date as is convenient for the Court, subject to the Court's approval.

Furthermore, counsel for Plaintiff, Paul M. Zieff, hereby requests, and the parties stipulate that he be allowed to appear at this hearing telephonically.

IT IS SO STIPULATED.

Dated: February 25, 2008         ROGERS JOSEPH O'DONNELL

/s/ *Paul M. Zieff*

By: _____
PAUL M. ZIEFF, Attorneys for Plaintiff,
CANANDAIGUA WINE COMPANY, INC.

Page 1

STIPULATION AND (Proposed) ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 29, 2008 TO APRIL 2, 2008 AT 8:15 A.M.-- CASE NO: CIV-F-02-6599 OWW

265739.1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3    Dated: February 25, 2008                LAW OFFICE OF JACOB M. WEISBERG
4                                            /s/ *Jacob M. Weisberg*
5                                  By:       _____
                                             JACOB M. WEISBERG, Attorneys for
6                                            Defendant, EDWIN MOLDAUER
7
8              IT IS SO ORDERED.
9
10   Dated: February 25, 2008                /s/ OLIVER W. WANGER
                                             HONORABLE OLIVER W. WANGER
11                                           UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND (Proposed) ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 29, 2008 TO APRIL 2, 2008 AT 8:15 A.M.-- CASE NO: CIV-F-02-6599 OWW

PDF created with pdfFactory trial version www.pdffactory.com

265739.1