1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  CANANDIAGUA WINE COMPANY, INC., )      1:02-cv-6599 OWW DLB
                                   )
10              Plaintiff,         )      ORDER AFTER STATUS
                                   )      CONFERENCE
11      v.                         )
                                   )      Proposed Schedule Filing
12  EDWIN MOLDAUER,                )      Deadline:  4/22/08C
                                   )
13              Defendant.         )      Further Scheduling
                                   )      Conference:  5/2/08 8:15
14  _____  )      Ctrm. 3

15

16  I.    Date of Scheduling Conference.

17        April 2, 2008.

18  II.   Appearances Of Counsel.

19        Rogers Joseph O'Donnell by Paul M. Zieff, Esq., appeared on

20  behalf of Plaintiff.

21        Jacob Weissberg, Esq., appeared on behalf of Defendant.

22  III.  Status of Case.

23        1.    The parties have reported that an appellate hearing is

24  now set in the case brought by Mr. Moldauer in the Auckland

25  District Court in the Country of New Zealand.  It is anticipated

26  that the appeal will be heard in October of 2008 and will take 2-

27  3 days to hear.  There is no prediction when that case will be

28  decided on appeal.

                               1

1    2.    The parties have been advised that the Court is no

2 longer willing to continue this matter without the setting of a

3 trial date and trial and resolution of the case.  Accordingly,

4 the parties are to submit an agreed schedule for a pretrial

5 conference and trial date which shall be held not more than nine

6 months following January 5, 2009.  The parties shall submit any

7 proposed case schedule within 20 days following this conference,

8 on or before April 22, 2008.  In the event the parties are unable

9 to agree, a further scheduling conference will be held in this

10 case on May 2, 2008, at 8:15 a.m.  The parties are authorized to

11 appear telephonically.

12

13 IT IS SO ORDERED.

14 **Dated:    April 2, 2008**                          **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28