UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANANDIAGUA WINE COMPANY, INC., | ) | 1:02-cv-6599 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER SETTING PRETRIAL AND |
| | ) | TRIAL DATES |
| v. | ) | |
| | ) | Pretrial Hearing Date: |
| EDWIN MOLDAUER, | ) | 1/12/09 11:30 Ctrm. 3 |
| | ) | |
| Defendant. | ) | Trial Date: 2/10/09 9:00 |
| | ) | Ctrm. 3 |
| | ) | |

A Scheduling Conference was held May 2, 2008. The appearances of counsel are Rogers Joseph O'Donnell by Paul M. Zieff, Esq., appeared on behalf of Plaintiff. Jacob Weissberg, Esq., appeared on behalf of Defendant.

The parties have now agreed that a new trial date and pretrial conference shall be scheduled:

1.  The trial date in this case is set for February 10, 2009, in Courtroom 3 at 9:00 a.m.

2.  The pretrial conference shall be held January 12, 2009, at 11:30 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                    /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE