UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANANDAIGUA WINE CO.,**<br><br>                     Plaintiff,<br><br>        v.<br><br>**EDWIN MOLDAUER,**<br><br>                     Defendant. | 1:02-CV-06599 OWW DLB<br><br>ORDER RE DEFENDANT'S *IN PROPRIA PERSONA* MOTION FOR STAY OF ADMINISTRATIVE ACTION (DOC. 55) |

**Before the court for decision is Defendant Edwin Moldauer's *in propria persona* "Motion for a temporary stay of action on DOL/ALJ 2008 - SOX - 0073," which appears to request a stay of ongoing administrative proceedings <u>initiated by Moldauer</u> before the Department of Labor. The district court is unable to address this motion for several reasons.**

**First, according to the district court's records, Mr. Moldauer is presently represented by counsel, Mr. Jacob M. Weisberg. Before Mr. Moldauer may proceed in this case *in propria persona*, Mr. Weisberg must obtain leave of court to withdraw. *See* Local. Rule 83-182 (d).[1]**

---

[1] **Available at: http://www.caed.uscourts.gov/caed/DOCUMENTS/localRules/LocalRules.pdf.**

1

1  Second, Mr. Moldauer must assert some valid basis, citing
2  legal authority, for the district court to issue the relief he
3  requests, particularly in light of the fact that Mr. Moldauer
4  initiated the proceedings before the Department of Labor himself.
5  Mr. Moldauer has not provided the court with his contact
6  information.  Mr. Weisberg shall forward this order to his
7  client.

**IT IS SO ORDERED.**

**Dated:   November 7, 2008**          /s/ Oliver W. Wanger
                              **UNITED STATES DISTRICT JUDGE**