Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, California 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Defendant, EDWIN MOLDAUER

FILED
DEC 02 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CANANDAIGUA WINE COMPANY, INC.,

Plaintiff,

v.

EDWIN MOLDAUER,

Defendant.

CASE NO.: CIV-F-02-6599 OWW DLB

**APPLICATION FOR SEALING ORDER AND [~~PROPOSED~~] ORDER**

COMES NOW JACOB M. WEISBERG, attorney for the defendant, EDWIN MOLDAUER, herein, and hereby applies for an order permitting him to file under seal his supporting Declaration to withdraw as attorney of record in this matter and further that any response filed by the defendant be also filed under seal and that the hearing on the Motion be closed to the public and to opposing parties.

The purpose of this Application is that the Motion to Withdraw as Counsel contains communications between the attorney and his client. Therefore, in order to protect the client's position with regard to the defendant, it is requested that any information that is revealed which constitutes communications between the client and his attorney be under seal and not be available to the opposing party.

As the Motion to Withdraw does not go to the merits of the case, there is no public policy to be served by either the documents or the Declaration by the defendant and/or his attorney to be public and available to the opposing party.

Therefore, the defendant's attorney, Jacob M. Weisberg, respectfully requests that this court order the within Motion to Withdraw as attorney of record be scanned by the Clerk's Office into the sealed portion of ECF and the original returned to counsel.

Dated: November 26, 2008

Respectfully submitted,

/s/ Jacob M. Weisberg
JACOB M. WEISBERG
Attorney for Defendant

**[PROPOSED] SEALING ORDER**

Having reviewed JACOB M. WEISBERG'S application, and good cause appearing therefore,

IT IS HEREBY ORDERED that JACOB M. WEISBERG'S Motion and Declaration to withdraw as attorney of record in this matter be filed under seal, that any response by the defendant, EDWIN MOLDAUER, also be filed under seal, and that the documents be scanned by the Clerk's Office into the sealed section of ECF, and the original returned to counsel.

Dated: 11-26-08

OLIVER W. WANGER
JUDGE OF THE EASTERN DISTRICT

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and an employee in the County of Fresno. I am over the age of eighteen (18) years and not a party to this action. My business address is 844 N. Van Ness Avenue, Fresno, California 93728.

On November 26, 2008, I served the following document(s): APPLICATION FOR SEALING ORDER AND [PROPOSED] ORDER on the interested party(ies) as follows:

Edwin Moldauer
Rahavt Tzvat 20-11
Beersheva, 84770
Israel

e-mail: ops-ltd@bezeqint.net

[X] By Mail - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ] By Hand Delivery - by delivering by hand and leaving a true copy with the person and at the address shown above.

[ ] By Facsimile Transmission - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated above.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court whose direction service was made.

Executed on November 26, 2008

Rebecca Ortiz