ROGERS JOSEPH O'DONNELL
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
CANANDAIGUA WINE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN MOLDAUER,,<br><br>Defendant. | Case No. CIV-F-02-6599 OWW DLB<br><br>**ORDER CONTINUING PRE-TRIAL CONFERENCE**<br><br>Courtroom:   Three<br>Judge:       Hon. Oliver W. Wanger |

Jacob Weisberg, counsel of record for defendant Edwin Moldauer, has filed a motion to withdraw as counsel for Mr. Moldauer, which motion is set to be heard on January 12, 2009. The Pre-Trial Conference is also currently scheduled to take place on January 12, 2009.

In order to ensure that there will be appropriate collaboration between counsel in advance of the pre-trial Conference in connection with pre-trial submissions and the various other matters to be addressed at the Pre-Trial Conference, the date of the Pre-Trial Conference will be continued to January 20, 2009.

SO ORDERED.

Dated: December 18, 2008

/s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER

Page

PDF created with pdfFactory trial version www.pdffactory.com

275419.1