1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   CANANDAIGUA WINE CO., INC.,     )        No. CV-F-02-6599 OWW/DLB
                                    )
10                                  )        ORDER DISREGARDING DEFENDANT
                                    )        MOLDAUER'S JANUARY 3, 2009
11                  Plaintiff,      )        FAXES TO THE COURT
                                    )
12          vs.                     )
                                    )
13                                  )
    EDWIN MOLDAUER,                 )
14                                  )
                                    )
15                  Defendant.      )
                                    )
16  _____)

17       The Court received a fax addressed "To the Honory [sic]

18  Judge Wanger, Oliver W. Federal court, California, USA" dated

19  January 3, 2009, entitled "Response to Mr. Weisberg application

20  to withdraw," and a second fax addressed "To the Honory [sic]

21  Judge Wanger, Oliver W. Fresno Federal court, California, USA"

22  dated January 3, 2009, entitled "Ex-parte application to have

23  email system re-enabled by 'mail.com.'"  Both faxes were sent to

24  the Court by Defendant Edwin Moldauer.

25       The Court disregards the fax transmissions.  Neither is on

26  proper pleading paper, neither has a proof of service showing

                               1

1  service on Defendant's counsel, Mr. Weisberg, and on Plaintiff,

2  and neither was properly filed with the Court for docketing on

3  the official docket.  Any motion, application or request for

4  relief by the Court and any opposition or response to a matter

5  pending before the Court must be filed in the case and served on

6  the opposing party with accompanying proof of service pursuant to

7  the Federal Rules of Civil Procedure and the Local Rules of

8  Practice of the Eastern District of California.  The Court cannot

9  engage in *ex parte* practice.

10      IT IS SO ORDERED.

11 **Dated:   January 8, 2009**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26