FILED

FEB 2 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CANANDAIGUA WINE CO., | 1:02-CV-06599 OWW DLB |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT PERMISSION TO FILE DOCUMENTS ELECTRONICALLY |
| v. | |
| EDWIN MOLDAUER, | |
| Defendant. | |

On January 13, 2009, the district court granted Jacob M. Weisberg's motion to withdraw as counsel of record for Defendant Edwin Moldauer ("Moldauer") on the ground that communication has broken down between counsel and client. However, permission to withdraw was subject to the condition that Moldauer notify the court within 30 days following the date of service of the order of the identify of his new attorney or his intent to proceed *in propria persona*.

Moldauer has expressed concern with his ability to file documents *in propria persona*, as he is currently residing in Israel. He indicated that documents sent via mail from Israel may take several weeks to reach their destination. In light of this concern and the need for Moldauer to shortly file papers indicating the identify of new counsel or his intent to proceed

1 | *in propria persona*, it is appropriate to grant Moldauer
2 | permission to file documents electronically, via the Eastern
3 | District of California's Case Management/Electronic Case File
4 | ("CM/ECF") system.
5 |     To initiate access to the CM/ECF system, Moldauer shall read
6 | and complete the attached petition and return it via fax to the
7 | Chambers of Judge Oliver Wanger at 559-499-5656. Moldauer is
8 | warned not to use this fax number for any other purpose (e.g.,
9 | for submitting further filings in this case). Moldauer is
10 | further cautioned to exercise discretion in his use of electronic
11 | document filing privileges, as such privileges may be revoked at
12 | any time if they are abused.

14 | SO ORDERED
15 | Dated:  2-20-09

_____
Oliver W. Wanger
United States District Court

1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   _____,        No: _____
12           Plaintiff,              PETITION BY PRO SE LITIGANT
                                     FOR ECF REGISTRATION and
13   vs.                             CONSENT TO ELECTRONIC SERVICE
14   _____,
15           Defendant(s).
16   _____/
17
18       Beginning January 3, 2005, all cases filed and pending in the Eastern District of
19   California are subject to electronic filing, service (ECF) and electronic case storage procedures
20   (CM).
21       By submitting this ECF Registration Form, I understand:
22       1.   Registration herein is for ECF use in this case only.
23       2.   The login and password issued by the court shall serve as and constitute my
24            signature. Therefore, I must protect and secure the password issued by the court. If
25            there is any reason to suspect the password has been compromised in any way, it
26            is my duty and responsibility to immediately notify the court. The court will
27            immediately delete the password from the electronic filing system and issue a new
28            password.

3. This petition constitutes: (1) consent to receive service electronically and waiver of the right to receive service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). **Note: Service of Summons and Complaint pursuant to Federal Rule of Civil Procedure 4 are not encompassed by electronic service.** Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Service by electronic means is complete upon transmission of the Notice of Electronic Filing.

4. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. **PACER involves a separate, free registration.** Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER website (http://pacer.psc.uscourts.gov).

5. By this registration, I understand that the specific procedures which control electronic filing can be found in the Local Rules and CM/ECF User's Manual, all of which can be accessed on the Court's website. I agree to periodically access these Rules and Manual in order to understand electronic filing requirements, and any changes which may be later implemented. Serious and/or sustained failure to abide by those procedures may result in a termination of electronic filing privileges.

DATED: _____          _____
                                            Signature