**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWIN MOLDAUER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | 1:02-cv-6599 OWW DLB <br><br> ORDER AFTER SCHEDULING CONFERENCE <br><br> Further Scheduling Conference Date: 3/20/09 <br> 8:15 Ctrm. 3 |

A scheduling conference was held in this case on March 6, 2009. Paul M. Zieff, Esq., appeared on behalf of Plaintiff, Canandaigua Wine Company, Inc. Defendant, Edwin Moldauer, in pro per, appeared via telephone. The parties were unable to agree about a dismissal of the lawsuit on terms and conditions that would reserve the right and prevent either party from using the dismissal to the prejudice of the other.

The parties shall confer regarding the status of the case within the next two weeks. A further Scheduling Conference will be held on March 20, 2009, at 8:15 a.m. Defendant, Moldauer, may appear telephonically.

If the parties are unable to resolve the case within that time, Plaintiff shall have the option of moving to dismiss the

1

case or, on March 20, 2009, the case shall be set for trial within thirty (30) days.

IT IS SO ORDERED.

Dated:   March 6, 2009                            /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE